FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D18-1042
_____

DEANDES YOUNG,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.
_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

June 20, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Deandes Young, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.